**1056**

[No. 44567-7-I. Division One. July 24, 2000.]

DAVID ROGERS, ET AL., *Respondents*, v. DENISE SWALLING, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-00833-1, Steven J. Mura, J., entered April 2, 1999. *Reversed* by unpublished opinion per Baker, J., concurred in by Coleman and Grosse, JJ.

[No. 44255-4-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE E. SCHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00768-7, David F. Hulbert, J., entered February 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 17662-2-III. Division Three. July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER MICHAEL HOTRUM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01466-3, Robert D. Austin, J., entered July 10, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18444-7-III. Division Three. July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON ROBERT GOYTOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00345-9, Evan E. Sperline, J., entered April 29, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.